IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DEBRA L. BERANEK,<br><br>Plaintiff,<br><br>v.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>Defendant. | No. 8:06-CV-00026-JFB<br><br>PLAINTIFF'S UNRESISTED FIRST APPLICATION FOR EXTENSION OF TIME TO FILE HER BRIEF |
|---|---|

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time to file his brief (Docket No. 10). For good cause shown,

IT IS ORDERED:

1) Plaintiff shall file a brief no later than May 16, 2006;

2) Defendant shall respond within thirty (30) days thereafter.

DATED this 12th day of May, 2006.

                                        BY THE COURT:

                                        s/Joseph F. Bataillon
                                        Joseph F. Bataillon
                                        United States District Judge